KEKER & VAN NEST LLP
BRIAN L. FERRALL - #160847
R. ADAM LAURIDSEN - #243780
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
E-mail:  bferrall@kvn.com
         alauridsen@kvn.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>                             Plaintiff,<br><br>      v.<br><br>ELECTRONIC ARTS INC., a California corporation,,<br><br>                             Defendant. | Case No. 3:11-cv-01543-CRB<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S RESPONSIVE PLEADINGS, PURSUANT TO LOCAL RULE 6-1(b)**<br><br>Judge:                Charles R. Breyer<br>Date Comp. Filed:     March 30, 2010<br>Trial Date:           Not Assigned |

Having reviewed the parties' stipulation and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff shall file and serve his opposition papers to any Fed. R. Civ. Proc. 12 motion filed by Defendant in response to Plaintiff's Complaint on or before July 15, 2011;

2. Defendant shall file and serve its reply to Plaintiff's opposition(s) on or before August 15, 2011; and

3. Defendant's motion(s) in response to the Complaint shall be heard on September 9, 2011 at 10:00 a.m. in San Francisco Courtroom 8, 19th Floor, or on such date thereafter as the Court orders.

**IT IS SO ORDERED.**

Dated: April 22, 2011

By: _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*