THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com
       jmurray@smplegal.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonard@hbsslaw.com

Attorneys for Plaintiff Robin Antonick

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-cv-01543-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF BRIEFING SCHEDULE FOR ELECTRONIC ARTS' REQUEST FOR JUDICIAL NOTICE** |

1   This matter comes before the Court on the Stipulation of Briefing Schedule for Electronic
2   Arts' Request for Judicial Notice. Upon consideration of the foregoing stipulation, and with good
3   cause appearing,
4   IT IS HEREBY ORDERED that the Stipulation is Granted as follows:
5   1.   Plaintiff will file his Response to the Request for Judicial Notice on July 15, 2011;
6   2.   Defendant will file its Reply on August 15, 2011.

8   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

11  DATED: June 23, 2011  _____
                          HONORABLE CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

PROPOSED ORDER
Case No. 3:11-cv-01543-CRB