HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
         leonard@hbsslaw.com

THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:   (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiff Robin Antonick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-cv-01543-CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |

STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL; CASE NO. 3:11-cv-01543-CRB (EDL)

613630.01

WHEREAS on January 10, 2012, the Court held hearing on Plaintiff's December 2, 2011 Motion to Compel;

WHEREAS on January 6, 2012, Defendant filed a motion to compel responses to certain interrogatories;

WHEREAS the Court having considered the papers and argument requested that the parties submit a stipulation and proposed order memorializing the Court's rulings;

WHEREAS the parties have met and conferred and agreed to the entry of this proposed order;

IT IS HEREBY ORDERED that

Defendant shall produce all source code, source code documentation and development materials in its possession for any *John Madden Football* or *Madden NFL* videogame that is listed in its Fourth Amended Response to Interrogatory No. 1 and was released on or before January 1, 1996;

For any versions for which Defendant does not produce source code, Defendant's Counsel shall certify in writing that a diligent search was conducted and that the source code cannot be found;

Within ninety (90) days of receiving a complete production in response to this order, Plaintiff shall prepare and serve amended responses to the interrogatories subject to Defendant's January 6, 2012 Motion to Compel based on Plaintiff's analysis to date;

IT IS FURTHER ORDERED that Defendant's January 6, 2012 Motion to Compel is hereby withdrawn without prejudice to re-file following Plaintiff's service of the amended interrogatory responses described above. Plaintiff shall not move to compel any additional source code for any title released after January 1, 1996 prior to the service of the amended interrogatory responses described above;

IT IS FURTHER ORDERED that Defendant shall provide an amended response to Interrogatory No. 3 that describes in detail the approaches, methods, safeguards, and processes used to ensure independent development of any *John Madden Football* or *Madden NFL* videogame

1

STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL; CASE NO. 3:11-CV-01543-CRB (EDL)

613630.01

1  listed therein, which was released on or before January 1, 1996. Such amended response shall be
2  served within FOURTEEN (14) days of the entry of this order.
3      IT IS FURTHER ORDERED that Defendant shall produce all documents in response to
4  Plaintiff's Request for Production No. 12 that relate to the approaches, methods, safeguards, and
5  processes used to ensure independent development of any *John Madden Football* or *Madden NFL*
6  videogame listed therein, which was released on or before January 1, 1996. Such documents shall
7  be served within FOURTEEN (14) days of the entry of this order
8      Pursuant to General Order No. 45 section 10(b), R. Adam Lauridsen, the filer of this
9  stipulation hereby attests that Stuart M. Paynter concurs in the filing of this stipulation.

10 DATED: January 13, 2012      KEKER & VAN NEST LLP

By: /s/ R. Adam Lauridsen
    R. ADAM LAURIDSEN
    Attorneys for Defendant
    ELECTRONIC ARTS INC.

15 DATED: January 13, 2012      THE PAYNTER LAW FIRM PLLC

By: /s/ Stuart M. Paynter
    STUART M. PAYNTER
    Attorneys for Plaintiff
    ROBIN ANTONICK

**IT IS SO ORDERED.**

DATED: January 17, 2012

*[signature: Elizabeth D. Laporte]*
Magistrate Judge Elizabeth D. Laporte
Northern District of California

2
STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S
MOTION TO COMPEL; CASE NO. 3:11-CV-01543-CRB (EDL)