Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com
jmurray@smplegal.com

Attorneys for Plaintiff Robin Antonick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>  Plaintiff,<br><br>  v.<br><br>ELECTRONIC ARTS, INC., a California corporation,<br><br>  Defendant. | Case No. 3:11-cv-01543-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND TO FILE OVERLENGTH MEMORANDUM<br><br>Date Complaint Filed: March 30, 2011<br>Trial Date:           Not Assigned |

WHEREAS, Defendant agreed to an extension for Plaintiff to file his opposition to Defendant Electronic Arts Inc.'s Motion for Summary Judgment, from the current due date of May 31, 2012, to June 6, 2012. Defendant likewise agreed for Plaintiff to file memorandum in support of his opposition which exceeds the page limitations of Civil L.R. 7-4(b), with an additional five pages. Both parties agreed that these changes to the briefing schedule do not affect the June 29, 2012 hearing date, which is still proper pursuant to Civil L.R. 7-2(a).

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Defendant, as follows:

- The deadline for Plaintiff to file his response in opposition to the Motion for Summary Judgment is extended to June 6, 2012. Plaintiff's memorandum in support of his opposition shall not exceed thirty pages of text.
- The deadline for Defendant to file its reply in further support of the Motion for Summary Judgment is extended to June 15, 2012.
- These extensions do not affect the previously-noticed June 29, 2012 hearing date for the Motion for Summary Judgment.

IT IS SO STIPULATED.

DATED: May 30, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                       By      /s/ Leonard W. Aragon
                                            LEONARD W. ARAGON (*Pro Hac Vice*)

                                       Robert B. Carey (*Pro Hac Vice*)
                                       11 West Jefferson Street, Suite 1000
                                       Phoenix, Arizona 85003
                                       Telephone: (602) 840-5900
                                       Facsimile: (602) 840-3012
                                       rob@hbsslaw.com
                                       leonard@hbsslaw.com

| | | |
|---|---|---|
| 1 | DATED: May 30, 2012 | KEKER & VAN NEST LLP |
| 2 | | By  /s/ R. Adam Lauridsen |
| | | R. ADAM LAURIDSEN (243780) |

Susan J. Harriman (111703)
Tia A. Sherringham (258507)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
alauridsen@kvn.com
sharriman@kvn.com
tsherringham@kvn.com

I, Leonard W. Aragon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that R. Adam Lauridsen has concurred in this filing.

\*   \*   \*

IT IS SO ORDERED.

DATED:   June 1, 2012

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

STIP. AND [PROP.] ORDER TO EXTEND TIME TO FILE RESPONSE TO MOT. FOR SUMMARY JUDGMENT AND TO FILE OVERLENGTH MEMO. – No. 3:11-cv-01543-CRB

665004.01   523792 V1