Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com
jmurray@smplegal.com

Attorneys for Plaintiff Robin Antonick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a California corporation,<br><br>Defendant. | Case No. 3:11-cv-01543-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO MOVE SUMMARY JUDGMENT HEARING DATE<br><br>Date Complaint Filed: March 30, 2011<br>Trial Date:             Not Assigned |

005004-11  528538 V1

1   WHEREAS, the Court, on June 7, 2012, rescheduled the hearing of the Motion for
2   Summary Judgment for July 13, 2012 at 10:00am.
3   WHEREAS, due to conflict in schedules in other matters, counsel for Plaintiff will not be
4   able to attend the July 13, 2012 Summary Judgment hearing.
5   WHEREAS, Plaintiff requested and Defendant agreed, to move the Summary Judgment
6   hearing to July 20, 2012.
7   WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff
8   and Defendant, that the hearing for Summary Judgment be moved from July 13, 2012 to July 20,
9   2012, at 10:00am before the Honorable Charles R. Breyer.
10  IT IS SO STIPULATED.

DATED: June 14, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP


By    /s/ Leonard W. Aragon
        LEONARD W. ARAGON (*Pro Hac Vice*)

Robert B. Carey (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com


DATED: June 14, 2012                KEKER & VAN NEST LLP

By    /s/ R. Adam Lauridsen
        R. ADAM LAURIDSEN (243780)

Susan J. Harriman (111703)
Tia A. Sherringham (258507)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
alauridsen@kvn.com
sharriman@kvn.com
tsherringham@kvn.com

STIP. AND [PROP.] ORDER TO MOVE SUMMARY          - 1 -
JUDGMENT HEARING DATE – No. 3:11-cv-01543-CRB

005004-11 528538 V1

Case3:11-cv-01543-CRB   Document137   Filed06/19/12   Page3 of 3

I, Leonard W. Aragon, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO MOVE SUMMARY JUDGMENT HEARING DATE. In compliance with General Order 45, X.B., I hereby attest that R. Adam Lauridsen has concurred in this filing.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: June 19, 2012



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

STIP. AND [PROP.] ORDER TO MOVE SUMMARY
JUDGMENT HEARING DATE – No. 3:11-cv-01543-CRB

005004-11  528538 V1