IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC ARTS INC,<br><br>　　　　Defendant. | No. C 11-01543 CRB<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

For the reasons stated at the motion hearing, Defendant's Motion for Summary Judgment (dkt. 114) is DENIED, and Plaintiff's Motion for Additional Discovery (dkt. 122) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 20, 2012

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1543\order re MSJ SOL.wpd