KEKER & VAN NEST LLP
SUSAN J. HARRIMAN, #111703
R. ADAM LAURIDSEN, #243780
TIA A. SHERRINGHAM, #258507
sharriman@kvn.com
alauridsen@kvn.com
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date:          August 24, 2012<br>Time:          8:30 a.m.<br>Judge:         Hon. Charles R. Breyer<br>Ctrm:          6, 17th Floor<br><br>Date Comp. Filed:    March 30, 2011<br>Trial Date:    Not Assigned |

682082.01

1   Plaintiff Robin Antonick and Defendant Electronic Arts Inc. (collectively, the "Parties"),

2   hereby stipulate as follows:

3   WHEREAS, on May 25, 2012, Plaintiff Robin Antonick moved for a Case Management

4   Order under Federal Rule of Civil Procedure 16(b) and Local Rule 16-10;

5   WHEREAS, on June 1, 2012, the Court granted Plaintiff's Case Management Order prior

6   to the submission of Defendant Electronic Arts Inc.'s opposition to Plaintiff's Case Management

7   Order;

8   WHEREAS, on July 20, 2012, the Court denied Defendant Electronic Arts Inc.'s Motion

9   for Summary Judgment;

10  WHEREAS, on July 20, 2012, Defendant Electronic Arts Inc. requested a Case

11  Management Conference;

12  WHEREAS, on July 20, 2012, the Court ordered the Parties to meet and confer regarding

13  a date for a Case Management Conference;

14  WHEREAS, the Parties agree that a Case Management Conference should be scheduled

15  for August 24, 2012 at 8:30 a.m.;

16  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

17  their respective counsel of record, that a Case Management Conference should be scheduled for

18  August 24, 2012 at 8:30 a.m., and that the case management statement shall be due not less than

19  seven (7) days prior to the conference.

20  Defendant's undersigned counsel, Susan J. Harriman, hereby attests that Leonard W.

21  Aragon, counsel for Plaintiff, concurs in the filing of this Stipulation, in accordance with Civil

22  Local Rule 5-1.

23

24  DATED: July 25, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

25                                          By: */s/ Leonard W. Aragon*

26                                          LEONARD W. ARAGON

27                                          Robert B. Carey (*Pro Hac Vice*)
                                            11 West Jefferson Street, Suite 1000
28                                          Phoenix, Arizona 85003

1

682082.01

1                                   Telephone: (602) 840-5900

Facsimile: (602) 840-3012

2                                   rob@hbsslaw.com

3                                   leonard@hbsslaw.com

4                                   Stuart M. Paynter (226147)

Jennifer L. Murray (*Pro Hac Vice*)

5                                   THE PAYNTER LAW FIRM PLLC

1200 G Street N.W., Suite 800

6                                   Washington, D.C. 20005

7                                   Telephone: (202) 626-4486

Facsimile: (866) 734-0622

8                                   Email: stuart@smplegal.com

9                                           jmurray@smplegal.com

10  DATED: July 25, 2012                  KEKER & VAN NEST LLP

11                                   By: */s/ Susan J. Harriman*

SUSAN J. HARRIMAN

12

13                                   Susan J. Harriman (111703)

R. Adam Lauridsen (243780)

14                                   Tia A. Sherringham (258507)

633 Battery Street

15                                   San Francisco, CA 94111-1809

16                                   Telephone: (415) 391-5400

Facsimile: (415) 397-7188

17                                   alauridsen@kvn.com

sharriman@kvn.com

18                                   tsherringham@kvn.com

19

20        Pursuant to the foregoing stipulation, and good cause appearing,

21        IT IS SO ORDERED.

22

23  DATED:    July 26, 2012

24                                   HONORABLE _____

UNITED STAT____ _____ JUDGE

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer