KEKER & VAN NEST LLP
SUSAN J. HARRIMAN, #111703
R. ADAM LAURIDSEN, #243780
TIA A. SHERRINGHAM, #258507
sharriman@kvn.com
alauridsen@kvn.com
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB<br><br>~~PROPOSED~~ STIPULATION AND SCHEDULING ORDER<br><br>Judge:       Hon. Charles R. Breyer<br>Ctrm:        6, 17th Fl.<br><br>Date Comp. Filed:    March 30, 2011<br>Trial Date:          April 1, 2013 |

1    Following the Case Management Conference, the Court ordered EA to file its summary

2  judgment motion within 21 days.  Thereafter, Judge LaPorte ordered that Mr. Antonick appear

3  for a second deposition.  Based on the upcoming deposition of Mr. Antonick, now set for

4  October 2, 2012, Plaintiff Robin Antonick and Defendant Electronic Arts Inc. ("EA") hereby

5  stipulate and agree to the following schedule for the filing date for EA's summary judgment

6  motion:  EA shall file its motion for summary judgment on Friday, October 5, 2012.  Antonick's

7  Opposition will be due on October 24, 2012, and EA's reply will be due on November 2, 2012.

8  The motion will be noticed for hearing on the first available date on the Court's calendar.

9        IT IS SO STIPULATED.

10  DATED: September 18, 2012              KEKER & VAN NEST LLP

11

12                                        By: /s/ Susan J. Harriman
                                          _____
13                                        SUSAN J. HARRIMAN
                                          On behalf of Electronic Arts Inc.
14

15  DATED: September 18, 2012              HAGENS BERMAN SOBOL SHAPIRO LLP

16

17                                        By: /s/ Leonard W. Aragon
                                          _____
18                                        LEONARD W. ARAGON
                                          On behalf of Robin Antonick

19

20        IT IS SO ORDERED.

21

22  DATED:  September 24, 2012
                                          _____
23                                        HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1

[PROPOSED] STIPULATION AND SCHEDULING ORDER
Case No. 3:11-CV-01543-CRB