1  KEKER & VAN NEST LLP
   SUSAN J. HARRIMAN, #111703
2  R. ADAM LAURIDSEN, #243780
3  TIA A. SHERRINGHAM, #258507
   sharriman@kvn.com
4  alauridsen@kvn.com
   tsherringham@kvn.com
5  633 Battery Street
   San Francisco, CA 94111-1809
6  Telephone:     (415) 391-5400
7  Facsimile:     (415) 397-7188

8  Attorneys for Defendant
   ELECTRONIC ARTS INC.
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

13 | ROBIN ANTONICK, an Illinois citizen, | Case No. 3:11-CV-01543-CRB
14 |                Plaintiff,            | **STIPULATION AND [PROPOSED]**
15 | v.                                   | **ORDER RE SUMMARY JUDGMENT MOTION**
16 | ELECTRONIC ARTS INC., a California   |
17 | corporation,                         | Date Comp. Filed:  March 30, 2011
18 |                Defendant.            | Trial Date:        April 1, 2013

WHEREAS Electronic Arts Inc. ("EA") filed its Motion for Summary Judgment on October 5, 2012, setting it for hearing on November 9, 2012;

WHEREAS EA filed the declaration of William Kaiser in support of its summary judgment motion;

WHEREAS Plaintiff noticed Mr. Kaiser's deposition for October 22, 2012;

WHEREAS due to a death in Mr. Kaiser's family, his deposition was continued to October 31, 2012;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and EA, that Plaintiff's opposition to the summary judgment motion is now due on November 2, 2012 and EA's reply is now due on November 12, 2012. The parties request that the hearing on the summary judgment motion be moved from November 9, 2012 to the first available hearing date of December 14, 2012 at 10:00 a.m. before the Honorable Charles R. Breyer.

DATED: October 24, 2012　　　　　　　　THE PAYNTER LAW FIRM PLLC

　　　　　　　　　　　　　　　　　　　　By: /s/ Stuart M. Paynter
　　　　　　　　　　　　　　　　　　　　　　STUART M. PAYNTER

DATED: October 24, 2012　　　　　　　　KEKER & VAN NEST LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Susan J. Harriman
　　　　　　　　　　　　　　　　　　　　　　SUSAN J. HARRIMAN

I, Susan J. Harriman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT MOTION. In compliance with General Order 45, X.B., I hereby attest that Stuart M. Paynter has concurred in this filing.

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: October 25, 2012



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE