THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com
       jmurray@smplegal.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonard@hbsslaw.com

Attorneys for Plaintiff Robin Antonick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SUMMARY JUDGMENT MOTION**<br><br>Judge:             Charles R. Breyer<br>Date Comp. Filed: March 30, 2011<br>Trial Date:        April 1, 2013 |

1  WHEREAS, the parties stipulated to an extended briefing schedule for Defendant's Motion
2  for Summary Judgment which was entered by the Court on October 25, 2012;
3  WHEREAS, pursuant to the stipulation Plaintiff's response to Defendant's motion for
4  summary judgment is due November 2, 2012, and EA's reply in support of its motion for summary
5  judgment is due November 12, 2012, with the hearing on the motion to be held December 14,
6  2012;
7  WHEREAS, the parties stipulated to the current schedule due to the deposition of William
8  Kaiser being continued to October 31, 2012, because of a death in his family;
9  WHEREAS, William Kaiser's deposition must be continued a second time because
10  Hurricane Sandy prevented Mr. Kaiser from attending his deposition and Mr. Kaiser is still without
11  electricity;
12  WHEREAS, the parties nonetheless stipulate that Mr. Kaiser's deposition will take place on
13  November 19, 2012, and that Plaintiff's response to Defendant's motion for summary judgment is
14  due on November 21, 2012 and Defendant's reply in support of its motion for summary judgment
15  is due on December 5, 2012. The motion will still be heard on December 14, 2012;
16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff
17  and Defendant, that Plaintiff's opposition to the motion for summary judgment is now due on
18  November 21, 2012 and Defendant's reply is now due on December 5, 2012.
19  The authority for and concurrence in the filing of this stipulated request has been obtained
20  from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

DATED: November 2, 2012              HAGENS BERMAN SOBOL SHAPIRO LLP

                                     By  /s/ Leonard W. Aragon
                                           LEONARD W. ARAGON
                                     Attorneys for Plaintiff Robin Antonick

DATED: November 2, 2012              KEKER & VAN NEST LLP

                                     By  /s/ Susan Harriman
                                           SUSAN HARRIMAN
                                     Attorneys for Defendant Electronic Arts

1

STIULATION AND PROPOSED ORDER
REGARDING SUMMARY JUDGMENT MOTION                    Case No. 3:11-CV-01543-CRB

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: __November 6, 2012       _____
4                                   HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

