IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, | No. C 11-01543 CRB |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| ELECTRONIC ARTS INC, | |
| Defendant. | |

IT HEREBY IS ORDERED that this case is referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference, to be conducted by her. The parties will be notified by the assigned Magistrate Judge of the date, time, and place of the settlement conference.

**IT IS SO ORDERED.**

Dated: December 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE