KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - # 231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>              Plaintiff,<br><br>     v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>              Defendants. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION AND DEFENDANT TO FILE REPLY TO MOTION TO STRIKE REBUTTAL REPORTS BY MICHAEL BARR AND GARRY KITCHEN<br>AS MODIFIED<br><br>Date:        January 22, 2013<br>Time:       9:00 a.m.<br>Ctrm:       E, 15th Floor<br>Judge:      Hon. Elizabeth D. Laporte<br><br>Complaint Filed:     March 30, 2011<br><br>Trial Date: April 1, 2013 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE
OPPOSITION AND DEFENDANT TO FILE REPLY TO MOTION TO STRIKE REBUTTAL REPORTS
BY MICHAEL BARR AND GARRY KITCHEN
Case No. 3:11-CV-01543-CRB (EDL)

717579.01

1    WHEREAS, Defendant filed a Motion to Strike "Rebuttal" Expert Reports by Michael Barr and Garry Kitchen on December 18, 2012;

WHEREAS, Plaintiff's Opposition to the Motion to Strike "Rebuttal" Expert Reports is due January 2, 2013 and Defendant's Reply is due January 9, 2013;

WHEREAS, the parties have agreed to a seven-day extension of the current schedule so that Plaintiff's Opposition is now due on January 9, 2013, and Defendant's Reply is now due on January 16, 2013. The extension will not change the January 22, 2013 hearing date for the motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, that:

- Plaintiff's Opposition to the Motion to Strike "Rebuttal" Expert Reports by Michael Barr and Garry Kitchen is due January 9, 2013; and,
- Defendant's Reply in Support of its Motion to Strike "Rebuttal" Expert Reports by Michael Barr and Garry Kitchen is due January 16, 2013.
- The hearing ~~will remain as scheduled.~~ is continued to January 29, 2013, at 4:00 p.m.

The authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

Dated: December 21, 2012            HAGENS BERMAN SOBOL SHAPIRO LLP

                                    By:  */s/ Leonard W. Aragon*
                                         LEONARD W. ARAGON
                                         Attorneys for Plaintiff
                                         ROBIN ANTONICK

Dated: December 21, 2012            KEKER & VAN NEST LLP

                                    By:  */s/ Susan J. Harriman*
                                         SUSAN J. HARRIMAN
                                         Attorneys for Defendant
                                         ELECTRONIC ARTS INC.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION AND DEFENDANT TO FILE REPLY TO MOTION TO STRIKE REBUTTAL REPORTS BY MICHAEL BARR AND GARRY KITCHEN
Case No. 3:11-CV-01543-CRB (EDL)

717579.01

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 27, 2012

HON.
UNITED
JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE
OPPOSITION AND DEFENDANT TO FILE REPLY TO MOTION TO STRIKE REBUTTAL REPORTS
BY MICHAEL BARR AND GARRY KITCHEN
Case No. 3:11-CV-01543-CRB (EDL)

717579.01