KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - # 231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen, | Case No. 3:11-CV-01543-CRB (EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JENNIFER L. MURRAY |
| v. | |
| ELECTRONIC ARTS INC., a California corporation, | |
| Defendants. | Date:    January 25, 2013<br>Time:    10:00 a.m.<br>Ctrm:    6, 17th Floor<br>Judge:   Hon. Charles R. Breyer |
| | Complaint Filed:   March 30, 2011 |
| | Trial Date: April 1, 2013 |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY IN
SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JENNIFER L. MURRAY
Case No. 3:11-CV-01543-CRB (EDL)

717576.01

1    WHEREAS, on December 5, 2012, Defendant filed a Motion to Strike the Declaration of Jennifer L. Murray in Support of Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment;

4    WHEREAS, on December 19, 2012, Plaintiff filed an Opposition to the Motion;

5    WHEREAS, Defendant's Reply in Support of its Motion is due on December 26, 2012;

6    WHEREAS, the parties have agreed to a seven-day extension for Defendant to file its Reply in Support of its Motion to Strike the Declaration of Jennifer L. Murray extending the due date to January 2, 2013.  The extension will not change the January 25, 2013 hearing date for the motion;

10   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, that:

- Defendant's Reply in Support of its Motion to Strike the Declaration of Jennifer L. Murray in Support of Plaintiff's Opposition to Defendant's Second Motion for Summary Judgment is due January 2, 2013; and,

- The hearing will remain as scheduled.

The authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

Dated:  December 21, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP

                                         By:  */s/ Leonard W. Aragon*
                                              LEONARD W. ARAGON
                                              Attorneys for Plaintiff
                                              ROBIN ANTONICK

Dated:  December 21, 2012                KEKER & VAN NEST LLP

                                         By:  */s/ Susan J. Harriman*
                                              SUSAN J. HARRIMAN
                                              Attorneys for Defendant
                                              ELECTRONIC ARTS INC.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY IN
SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JENNIFER L. MURRAY
Case No. 3:11-CV-01543-CRB (EDL)

717576.01

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: January 3, 2013 _____, 2013

4  _____
   HON. CHARLES R. BREYER
5  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF
6  CALIFORNIA

*IT IS SO ORDERED — Judge Charles R. Breyer*

---

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY IN
SUPPORT OF ITS MOTION TO STRIKE THE DECLARATION OF JENNIFER L. MURRAY
Case No. 3:11-CV-01543-CRB (EDL)

717576.01