KEKER & VAN NEST LLP
SUSAN J. HARRIMAN, #111703
sharriman@kvn.com
R. ADAM LAURIDSEN, #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM, #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>SEALING ORDER REGARDING EXHIBIT NO. 34 TO DECLARATION OF JENNIFER L. MURRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ELECTRONIC ARTS INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Judge:　　Hon. Charles R. Breyer<br><br>Date Comp. Filed:　March 30, 2011<br>Trial Date:　April 1, 2013 |

Pursuant to Northern District of California Local Rule 79-5(d) and the parties' Protective Order, based upon the Declaration of Jacob Schatz Regarding Sealed Exhibit No. 34 to the Declaration of Jennifer L. Murray in Support of Plaintiff's Opposition to Electronic Arts Inc.'s Motion for Summary Judgment, and good cause appearing hereto,

IT IS HEREBY ORDERED that Exhibit 34 to the Declaration of Jennifer L. Murray in Support of Plaintiff's Opposition to Electronic Arts Inc.'s Motion for Summary Judgment, submitted to the Court under seal on November 21, 2012, shall be maintained under seal.

IT IS SO ORDERED.

Dated: January 16, 2013



HON. _____ YER
_____ CT COURT