KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - # 231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>　　　　　Defendants. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>**[PROPOSED] ORDER SEALING EXHIBIT NO. 5 TO DECLARATION OF STUART M. PAYNTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE (IN PART) THE DECLARATION OF JENNIFER L. MURRAY**<br><br>Date Filed: March 30, 2011<br><br>Trial Date: April 1, 2013 |

---

[PROPOSED] ORDER SEALING EXHIBIT NO. 5 TO DECLARATION OF STUART M. PAYNTER IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE (IN PART) THE
DECLARATION OF JENNIFER L. MURRAY
Case No. 3:11-CV-01543-CRB (EDL)

720769.01

Pursuant to Northern District of California Local Rule 79-5(d) and the parties' Protective Order, based upon the Declaration of Jacob Schatz Regarding Sealed Exhibit No. 5 to the Declaration of Stuart M. Paynter in Support of Plaintiff's Opposition to Defendant's Motion to Strike (In Part) the Declaration of Jennifer L. Murray, and good cause appearing hereto,

IT IS HEREBY ORDERED that Exhibit No. 5 to the Declaration of Stuart M. Paynter in Support of Plaintiff's Opposition to Defendant's Motion to Strike (In Part) the Declaration of Jennifer L. Murray, submitted to the Court under seal on December 19, 2012, shall be maintained under seal.

IT IS SO ORDERED.

Dated:  January  16, 2013



HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[PROPOSED] ORDER SEALING EXHIBIT NO. 5 TO DECLARATION OF STUART M. PAYNTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE (IN PART) THE DECLARATION OF JENNIFER L. MURRAY
Case No. 3:11-CV-01543-CRB (EDL)

720769.01