# EXHIBIT 180

# Filed Under Seal