UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>**DECLARATION OF MARGARET MURRAY IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Charles R. Breyer<br>Ctrm: 6, 17th Floor<br><br>Date Comp. Filed: March 30, 2011<br><br>Trial Date: April 1, 2013 |

1

DECLARATION OF MARGARET MURRAY IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
Case No. 3:11-CV-01543-CRB (EDL)

I, Margaret Murray, declare:

1. I am not a party to this action and am over the age of 18. I am employed by Non-Party IMG Worldwide, Inc. ("IMG") as a Vice-President, Legal. I know the facts stated herein of my own personal knowledge, and if called to do so, I would testify to those facts under oath.

2. IMG has served as John Madden's representative for more than 30 years and in this capacity negotiates contracts on his behalf and maintains copies of such contracts. Pursuant to third party subpoenas served on both John Madden and IMG Talent Agency, Inc. in this action, a copy of John Madden's confidential contract with EA was produced, subject to the Protective Order entered in this case. This contract, now marked as Exhibit 180, was previously designated as "Confidential" when produced.

3. Neither John Madden nor IMG is a party to this litigation. The contract between John Madden and EA is not the subject of this dispute, and neither party to the litigation has objected to its designation as "Confidential." There is no public need for the disclosure of John Madden's confidential business dealings with EA, which are not the subject of this dispute. As a public figure, John Madden has a particular interest in maintaining the privacy of the terms of his business dealings and such terms are not relevant to the dispute between the litigants in this action except in the very minimal way as cited by EA. There is no objection to the reference to Exhibit C of such contract in EA's pleading, but IMG and John Madden request that the contract itself not be filed publicly and that it instead be filed under seal.

4. EA has filed a copy of John Madden's contract with EA, Exhibit 180, under seal for the purpose of citing only Exhibit C of such contract in support of its Motion for Summary Judgment. EA has filed an Administrative Motion to seal such exhibit and this declaration is filed in support thereof.

5. Pursuant to Local Rule 79-5(d), Exhibit 180 to the Declaration of Tia A. Sherringham in Support of EA's Motion for Summary Judgment is sealable, because it is the confidential document of a non-party and has been maintained confidentially by IMG and by John Madden and has not been disclosed to the public.

Executed this 4th day of February, 2013 at Cleveland, Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
MARGARET MURRAY