KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - # 231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen, | Case No. 3:11-CV-01543-CRB (EDL) |
| Plaintiff, | [PROPOSED] ORDER REGARDING MOTIONS TO STRIKE REBUTTAL EXPERT REPORTS |
| v. | AS MODIFIED |
| ELECTRONIC ARTS INC., a California corporation, | Judge:              Elizabeth D. Laporte<br>Date Comp. Filed:  March 30, 2011<br>Trial Date:          April 1, 2013 |
| Defendants. | Date Filed: March 30, 2011 |

On January 29, 2013, the parties appeared for a hearing on Defendant Electronic Arts Inc.'s ("EA") Motion to Strike "Rebuttal" Expert Reports by Michael Barr and Garry Kitchen. The Court, having reviewed the papers and heard arguments from both parties, hereby rules as follows:

1. EA's Motion to Strike "Rebuttal" Expert Reports by Michael Barr and Garry Kitchen is DENIED, except that EA shall have the ability to conduct limited depositions of Mr. Barr and Mr. Kitchen regarding their rebuttal expert reports;

2. The parties shall meet and confer in good faith regarding deposition scheduling and logistics, and in no event shall the deposition cause a continuance of the trial date; and

3. Plaintiff's Motion, in the Alternative, to Strike in Part "Rebuttal" Expert Report by Robert Zeidman is DENIED as moot.

4. Plaintiff's request to file a portion of the declaration of Jennifer Murray in support of this motion (docket #276) shall be withdrawn as moot.

IT IS SO ORDERED.

DATED: February __6__, 2013

IT IS SO ORDERED AS MODIFIED

/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

APPROVED AS TO FORM:

 /s/ Leonard W. Aragon
LEONARD W. ARAGON

---

1
[PROPOSED] ORDER REGARDING MOTIONS TO STRIKE REBUTTAL EXPERT REPORTS
Case No. 3:11-CV-01543-CRB (EDL)

727213.01