IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN ANTONICK,

    Plaintiff,

v.

ELECTRONIC ARTS INC,

    Defendant.

No. C 11-01543 CRB

**ORDER DENYING MOTION TO STRIKE DOCKET NO. 300**

Plaintiff's Administrative Motion to Strike Docket No. 300 (dkt. 304) is DENIED, as the Court does not find Defendant's Motion to Strike (dkt. 300) to be an improper *in limine* motion. Defendant's Motion to Strike will be heard on the same date as Defendant's third Motion for Summary Judgment (dkt. 290).

**IT IS SO ORDERED.**

Dated: February 12, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1543\order re mot to strike.wpd