THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
Sara Willingham (*Pro Hac Vice*)
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com
       jmurray@smplegal.com
       swillingham@paynterlawfirm.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonard@hbsslaw.com

Attorneys for Plaintiff Robin Antonick

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SUMMARY JUDGMENT MOTION, PRETRIAL CONFERENCE AND TRIAL**<br><br>Judge:            Charles R. Breyer<br>Date Comp. Filed: March 30, 2011<br>Trial Date:       April 1, 2013 |

726549.01

1       WHEREAS, on January 29, 2013, Defendant Electronic Arts Inc. ("EA") filed a Third

2  Motion for Summary Judgment, which is set for hearing on March 8, 2013;

3       WHEREAS, Plaintiff requests a seven-day (7) extension to file his opposition to EA's

4  Third Motion for Summary Judgment, from the current due date of February 12, 2013, to February

5  19, 2013;

6       WHEREAS, Plaintiff also has asked to exceed the page limitation of Civil L.R. 7-4(b) by

7  an additional five pages; and

8       WHEREAS, trial in this matter is set for April 1, 2013 and no Final Pretrial Conference is

9  yet scheduled.

10      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

11 and Defendant, as follows:

- Plaintiff's opposition to the motion for summary judgment is now due February 19, 2013. Plaintiff's memorandum shall not exceed 30 pages of text;
- Defendant's reply is now due on March 4, 2013;
- The Court may set a hearing date for the Third Summary Judgment motion on any date after March 4, 2013, that works on its calendar;
- EA proposes that the Court continue the trial date to April 29, 2013, and set the Final Pretrial Conference on April 18, 2013 at 2:30 p.m., so that the parties may know the Court's ruling on its summary judgment motion before filing their motions *in limine* and the joint proposed final pretrial order.
- Antonick requests that the Court maintain the trial date of April 1, 2013, and set the Final Pretrial Conference for March 26, 2013 at 2:30 p.m. If the Court continues the trial, however, Plaintiff respectfully requests that his opposition to the motion for summary judgment be due on February 26, 2013 and the reply be due on March 12, 2013.

26 / / /

27 / / /

28

1

The authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

DATED: February 4, 2013     HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Leonard W. Aragon
    LEONARD W. ARAGON
Attorneys for Plaintiff Robin Antonick

DATED: February 4, 2013     KEKER & VAN NEST LLP

By /s/ Susan Harriman
    SUSAN HARRIMAN
Attorneys for Defendant Electronic Arts

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

Plaintiff's opposition to EA's Third Motion for Summary Judgment is due on Feb. 19, 2013 Plaintiff's memorandum shall not exceed 30 pages of text. Defendant's reply in support of its Third Motion for Summary Judgment is due on March 4, 2013.

The hearing date for EA's Third Summary Judgment Motion shall be March 22, 2013 at 10:00 a.m. The Final Pretrial Conference date shall be March 26, 2013 at 2:30 p.m. The trial shall begin on April 1, 2013 at 9:00 a.m.

DATED: February 12, 2013

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2