UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen, | Case No. 3:11-CV-01543-CRB (EDL) |
| Plaintiff, | **ORDER SEALING EXHIBIT 180 TO DECLARATION OF TIA A. SHERRINGHAM IN SUPPORT OF DEFENDANT'S THIRD MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ELECTRONIC ARTS INC., a California corporation, | |
| Defendants. | Judge:        Hon. Charles R. Breyer |
| | Ctrm:        6, 17th Floor |
| | Date Comp. Filed:       March 30, 2011 |
| | Trial Date:      April 1, 2013 |

1    Pursuant to Northern District of California Local Rule 79-5(d) and the Declaration of

2    Margaret Murray, and good cause appearing hereto,

3    IT IS HEREBY ORDERED that Exhibit 180 to the Declaration of Tia A. Sherringham in

4    Support of Defendant's Third Motion for Summary Judgment be maintained under seal.

5    IT IS SO ORDERED.

6

7    Dated:  February 12, 2013



8    HON. CHARLES R. BREYER
     UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER ORDER
Case No. 3:11-CV-01543-CRB (EDL)

726656.01