THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter (226147)
Jennifer L. Murray (*Pro Hac Vice*)
Sara Willingham (*Pro Hac Vice*)
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
Email: stuart@smplegal.com
       jmurray@smplegal.com
       swillingham@paynterlawfirm.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonard@hbsslaw.com

Attorneys for Plaintiff Robin Antonick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION AND DEFENDANT TO FILE REPLY TO MOTION TO STRIKE PORTIONS OF EXPERT REPORT BY GARRY KITCHEN**<br><br>Date:       March 22, 2013<br>Time:      10:00 a.m.<br>Ctrm:      6, 17th Floor<br>Judge:    Charles R. Breyer<br><br>Date Filed:  March 30, 2011<br>Trial Date:   April 1, 2013 |

726549.01

1  WHEREAS, Defendant filed a Motion to Strike Portions of Expert Report by Garry Kitchen on February 1, 2013;

2  WHEREAS, Plaintiff's Opposition to Defendant's Motion to Strike Portions of Expert Report by Garry Kitchen is due February 15, 2013;

3  WHEREAS, Defendant's Reply in Support of its Motion to Strike Portions of Expert Report by Garry Kitchen is due February 22, 2013;

4  WHEREAS, the parties have agreed to an extension of the current schedule so that Plaintiff's Opposition is now due on February 26, 2013, and Defendant's Reply is now due on March 11, 2013. The extension will not change the March 22, 2013 hearing date for the motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, as follows:

- Plaintiff's Opposition to Defendant's Motion to Strike Portions of Expert Report by Garry Kitchen is now due February 26, 2013;
- Defendant's Reply in Support of its Motion to Strike Portions of Expert Report by Garry Kitchen is due March 11, 2013;
- The hearing will remain as scheduled.

The authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

DATED: February 14, 2013                        HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Leonard W. Aragon
        LEONARD W. ARAGON
    Attorneys for Plaintiff Robin Antonick

DATED: February 14, 2013                        KEKER & VAN NEST LLP

By  /s/ Susan Harriman
        SUSAN HARRIMAN
    Attorneys for Defendant Electronic Arts

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  February 21, 2013        _____
                                  HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]