**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN ANTONICK,

    Plaintiff,

  v.

ELECTRONIC ARTS INC,

    Defendant.

No. C 11-01543 CRB

**ORDER RE APRIL 22, 2013 SUBMISSIONS**

Yesterday the Court received: a letter from Plaintiff's counsel (dkt. 348); an Administrative Motion from Plaintiff's counsel, which seeks to file under seal an exhibit to Plaintiff's counsel's letter (dkt. 349); and a letter from Defendant's counsel, objecting to Plaintiff's counsel's letter (dkt. 350). The Court finds Plaintiff's counsel's letter improper, and will not consider it. See Civil Local Rule 7-3(d) ("Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval . . ."). Plaintiff's Administrative Motion is also DENIED.

**IT IS SO ORDERED.**

Dated: April 23, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1543\order re april 22 sbmsns.wpd