KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>**ORDER RE: AUDIO-VISUAL EQUIPMENT**<br><br>Judge: Hon. Charles R. Breyer<br><br>Date Filed: March 30, 2011<br><br>Trial Date: June 17, 2013 |

1    WHEREAS Plaintiff Robin Antonick and Defendant Electronic Arts Inc. ("the Parties") are scheduled to begin trial on June 17, 2013 in Courtroom 6 of the United States Courthouse, Floor 17, 450 Golden Gate Avenue before the Honorable Charles R. Breyer;

WHEREAS the Parties intend to use audio-visual equipment to aid in the presentation of their cases;

WHEREAS Antonick and EA will contact the Court's Calendar Clerk and Courtroom Deputy to arrange installation and testing of their respective equipment;

NOW, THEREFORE, THE PARTIES HEREBY REQUEST that the following equipment be allowed into the United States Courthouse and Courtroom 6 from June 11, 2013 until the conclusion of trial.  The party bringing the equipment into the courtroom is noted for each item:

1. Eight-foot screen and stand (EA)
2. Projector (EA and Antonick)
3. Projector stand (EA and Antonick)
4. Speakers (EA and Antonick)
5. Tape Recorder (Antonick)
6. Video Game Consoles (EA and Antonick)
7. Apple II (Antonick)
8. Commodore 64 (Antonick)
9. Equipment table (EA and Antonick)
10. VGA switch (EA)
11. Easel and a pad of large paper (EA and Antonick)
12. Power cables, cords, and strips (EA and Antonick).

Defendant's undersigned counsel, Susan J. Harriman, hereby attests that Leonard W. Aragon, counsel for Plaintiff, concurs in the filing of this Proposed Order, in accordance with Civil Local Rule 5-1.

////

////

////

| | | |
|---|---|---|
| Dated: June 11, 2013 | | KEKER & VAN NEST LLP |
| | By: | */s/ Susan J. Harriman* |
| | | SUSAN J. HARRIMAN |
| | | ERIC H. MACMICHAEL |
| | | R. ADAM LAURIDSEN |
| | | TIA A. SHERRINGHAM |
| | | Attorneys for Defendant |
| | | ELECTRONIC ARTS INC. |
| Dated: June 11, 2013 | | HAGENS BERMAN SOBEL SHAPIRO LLP |
| | By: | */s/ Leonard W. Aragon* |
| | | ROBERT B. CAREY (Pro Hac Vice) |
| | | LEONARD W. ARAGON (Pro Hac Vice) |
| | | Attorney for Plaintiff |
| | | ROBIN ANTONICK |

## ORDER

The Parties may bring the equipment identified above into the United States Courthouse and Courtroom 6 on or after June 11, 2013 for use during the trial scheduled to begin on June 17, 2013.

IT IS SO ORDERED

DATED: June _14, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*