## SPECIAL FORM OF VERDICT

We, the Jury, in the above entitled case, unanimously find the following:

Question 1:

Has Plaintiff Robin Antonick proven by a preponderance of the evidence that before November 21, 2005, he did not discover that EA had allegedly breached the 1986 Contract or made the allegedly fraudulent statements?

Yes ✓     No ____

Question 2:

Has Plaintiff Robin Antonick proven by a preponderance of the evidence that before November 21, 2005, he did not know of facts that would have caused a reasonable person to suspect that EA had allegedly breached the 1986 Contract or made the allegedly fraudulent statements?

Yes ✓     No ____

Dated: 6/21/13

*Jolene Wynt*
FOREPERSON