KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS INC., a California corporation, <br><br> Defendant. | Case No. 3:11-CV-01543-CRB (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> Judge:      Hon. Charles R. Breyer <br><br> Trial Date: June 17, 2013 |

1    Plaintiff Robin Antonick and Defendant Electronic Arts Inc. (collectively, the "Parties"),
2 hereby stipulate as follows:
3    WHEREAS, on June 24, 2013, EA submitted a motion for judgment as a matter of law
4 that Antonick's claims are barred by the statute of limitations ("JMOL motion");
5    WHEREAS, on June 26, 2013, the Court heard argument on EA's JMOL motion;
6    WHEREAS, on June 26, 2013, the Court ordered Antonick to file an opposition to EA's
7 JMOL motion and ordered EA to file a reply in support of its JMOL motion;
8    WHEREAS, on June 26, 2013, the Court requested that the parties set a briefing schedule
9 for Antonick's opposition and EA's reply;
10    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
11 their respective counsel of record, that Antonick will file an opposition to EA's JMOL motion on
12 July 5, 2013, and that EA will file a reply in support of its JMOL motion on July 11, 2013.
13    Defendant's undersigned counsel, Susan J. Harriman, hereby attests that Leonard W.
14 Aragon, counsel for Plaintiff, concurs in the filing of this Stipulation, in accordance with Civil
15 Local Rule 5-1.

17 DATED: June 28, 2013                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 By: */s/ Leonard W. Aragon*
18                                               LEONARD W. ARAGON

19                                               Robert B. Carey (*Pro Hac Vice*)
20                                               11 West Jefferson Street, Suite 1000
                                                 Phoenix, Arizona 85003
21                                               Telephone: (602) 840-5900
                                                 Facsimile: (602) 840-3012
22                                               rob@hbsslaw.com
                                                 leonard@hbsslaw.com
23
24                                               Stuart M. Paynter (226147)
                                                 Jennifer L. Murray (*Pro Hac Vice*)
25                                               THE PAYNTER LAW FIRM PLLC
                                                 1200 G Street N.W., Suite 800
26                                               Washington, D.C. 20005
                                                 Telephone: (202) 626-4486
27                                               Facsimile: (866) 734-0622
28                                               Email: stuart@smplegal.com
                                                        jmurray@smplegal.com

1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
Case No. 3:11-CV-01543-CRB (EDL)

767464.01

| | |
|---|---|
| DATED: June 28, 2013 | KEKER & VAN NEST LLP<br>By: */s/ Susan J. Harriman*<br>SUSAN J. HARRIMAN<br><br>Susan J. Harriman (111703)<br>R. Adam Lauridsen (243780)<br>Tia A. Sherringham (258507)<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>alauridsen@kvn.com<br>sharriman@kvn.com<br>tsherringham@kvn.com |

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: July 1, 2013

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT