CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:  July 11, 2013

**The Honorable CHARLES R. BREYER**

**Clerk:  Barbara Espinoza**          **Court Reporter:   Katherine Sullivan, Debra Pas**

Case No. **C-11-1543CRB**
Case Name:   **ROBIN ANTONICK**          v.          **ELECTRONIC ARTS, INC.**

Attorney:  Robert Carey, Leonard Aragon          Susan Harriman, Eric MacMichael
               Stuart Paynter

Trial Began: **June 17, 2013**                    Verdict Phase I:  **June 21, 2013**
Trial Resumes Phase II : **July 9, 2013**

**Trial Motions Heard**:                                              **Disposition**

1.     _____          _____

2.     _____          _____


**Witnesses:**
 Garry Kitchen, Richard Hilleman, Michael Barr

**Exhibits:**
 165, 578, 443, 440, 452,

Note:  exh 81 admitted on 8/10/2013

Continued to: July 15, 2013 @ 9:00 a.m.          for  Jury Trial