IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN ANTONICK,

    Plaintiff,

v.

ELECTRONIC ARTS INC.,

    Defendant.

No. CV 11-01543 CRB

**SPECIAL VERDICT FORM**

We, the Jury, in the above entitled case, unanimously find the following:

Question 1:

Has Plaintiff Robin Antonick proven that there are substantial similarities between Sega Madden and Apple II Madden with respect to either of the following elements?

(1)   the expression in the source code of field width

or

(2)   the expression in the source code of plays and formations

Please indicate your answer as to each of these elements with respect to each of the Sega Madden games listed below.

| Sega Madden Game | Field Width | | Plays and Formations | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| John Madden Football |  | ✓ | ✓ |  |
| John Madden Football '92 |  | ✓ | ✓ |  |
| John Madden Football '93 |  | ✓ | ✓ |  |
| John Madden Football '93: |  | ✓ | ✓ |  |
| John Madden Football '94 |  | ✓ | ✓ |  |
| Madden NFL '95 |  | ✓ | ✓ |  |
| Madden NFL '96 |  | ✓ | ✓ |  |

If you answered "No" to all of the questions above, please sign and date this form and inform the Courtroom Deputy that you have reached a verdict. If you have answered "Yes" to any question in the chart above, proceed to Question 2.

2

Question 2:

For any Sega Madden game in the chart above for which you answered "Yes," has Plaintiff Robin Antonick proven that the Sega Madden game when considered as a whole is virtually identical to Apple II Madden when considered as a whole?

| Sega Madden Game | Virtually Identical to Apple II Madden? | |
|---|---|---|
| | YES | NO |
| John Madden Football | ✓ | |
| John Madden Football '92 | ✓ | |
| John Madden Football '93 | ✓ | |
| John Madden Football '93: | ✓ | |
| John Madden Football '94 | ✓ | |
| Madden NFL '95 | ✓ | |
| Madden NFL '96 | ✓ | |

Please sign and date this page and inform the Courtroom Deputy that you have completed the form.

Dated: 7/23/13

_____
FOREPERSON