KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - #111703
sharriman@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
TIA A. SHERRINGHAM - #258507
tsherringham@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415-391-5400
Facsimile:      415-397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois citizen,<br><br>             Plaintiff,<br><br>       v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>             Defendant. | Case No. 3:11-CV-01543-CRB (EDL)<br><br>**STIPULATION AND ORDER RE: RULE 50 BRIEFING AND HEARING SCHEDULE**<br><br>Judge:       Hon. Charles R. Breyer<br><br>Date Filed: March 30, 2011<br><br>Trial Date: June 17, 2013 |

1   Plaintiff Robin Antonick and Defendant Electronic Arts Inc. ("EA") hereby stipulate as follows:

WHEREAS, on July 23, 2013, the Court set the following schedule for EA's previously-filed Rule 50(a) motion: Antonick's opposition by August 2, 2013, EA's reply by August 12, 2013, and motion hearing on August 23, 2013;

WHEREAS, Rule 50(b) provides that the mechanism for obtaining JMOL postverdict is a Rule 50(b) motion that renews the preverdict Rule 50(a) motion, the parties have agreed that EA will file a single Rule 50(b) motion ("EA's Rule 50(b) Motion");

WHEREAS, the parties have agreed upon a revised briefing and hearing schedule for EA's Rule 50(b) Motion;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, on the following schedule for EA's Rule 50(b) Motion:

- EA's Motion: August 15, 2013;
- Antonick's Opposition: August 29, 2013;
- EA's Reply: September 6, 2013; and
- Hearing: September 13, 2013 (or as soon thereafter as the Court's schedule permits).

This stipulation does not alter the previously ordered briefing and hearing dates regarding Antonick's motion for prejudgment interest.

EA's undersigned counsel, Susan J. Harriman, hereby attests that Robert B. Carey, counsel for Antonick, concurs in the filing of this Stipulation, in accordance with Civil Local Rule 5-1.

Dated: July 29, 2013                                    KEKER & VAN NEST LLP

By:  /s/ Susan J. Harriman
SUSAN J. HARRIMAN
ERIC H. MACMICHAEL
R. ADAM LAURIDSEN
TIA A. SHERRINGHAM
Attorneys for Defendant
ELECTRONIC ARTS INC.

| | | |
|---|---|---|
| 1 | Dated: July 29, 2013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By: |
| 4 | |  /s/  Robert B. Carey<br>ROBERT B. CAREY (*Pro Hac Vice*) |
| 5 | | LEONARD W. ARAGON<br>Attorneys for Plaintiff |
| 6 | | ROBIN ANTONICK |
| 7 | IT IS SO ORDERED. | |
| 8 | | |
| 9 | Dated:    July 31,  2013 | |
| 10 | | HON. CHARLES R. BREYER<br>UNITED STATES DISTRICT COURT |
| 11 | | NORTHERN DISTRICT OF<br>CALIFORNIA |

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2
STIPULATION AND [PROPOSED] ORDER RE: RULE 50 BRIEFING AND HEARING SCHEDULE
Case No. 3:11-CV-01543-CRB (EDL)

772625.01