IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant.<br>_____/ | No. C 11-1543 CRB<br><br>**JUDGMENT** |

For the reasons stated in its Order Granting Electronic Arts' Amended Renewed Phase II Motion for Judgment as a Matter of Law, Or, Alternatively for a New Trial, the Court enters judgment for Defendant Electronic Arts.

**IT IS SO ORDERED.**

Dated: January 22, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE