# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  Robin Antonick
           v. Electronic Arts, Inc.
           No. 17-168
           (Your No. 14-15298)   C-11-1543 CRB

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on July 28, 2017 and placed on the docket August 2, 2017 as No. 17-168.

                         Sincerely,

                         **Scott S. Harris**, Clerk

                         by

                         Jacob C. Travers
                         Case Analyst