# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 6, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: Robin Antonick
    v. Electronic Arts, Inc.
    No. 17-168
    (Your No. 14-15298)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk