PAYNTER LAW
Stuart M. Paynter (226147)
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
stuart@smplegal.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff Robin Antonick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANTONICK, an Illinois Citizen,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., a California corporation,<br><br>Defendant. | Case No. 3:11-cv-01543-CRB<br><br>**PLAINTIFF'S NOTICE OF INTENTION TO RETRIEVE TRIAL EXHIBITS**<br><br>Ctrm:     6, 17th Floor<br>Judge:    Hon. Charles R. Breyer |

1  PLEASE TAKE NOTICE that counsel for Plaintiff Robin Antonick indicates their intention
2  to retrieve trial exhibits entered in the above-captioned matter and currently in the custody of the
3  Clerk's Office.

DATED: October 2, 2023                     HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Leonard W. Aragon
    LEONARD W. ARAGON (*Pro Hac Vice*)
Robert B. Carey (*Pro Hac Vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Stuart M. Paynter (226147)
PAYNTER LAW
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
stuart@smplegal.com

Attorneys for Plaintiff Robin Antonick